The People of the State of Illinois, defendant in error, v. Mary Ristrom, plaintiff in error. Gen. No. 25,882.

Conviction on charge of fortune telling. Error to the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in this court at the March term, 1920. Reversed. Opinion filed June 28, 1920.

Charles A. Churan, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

M. Marraccini and Archie Favro, trading as M. Marraccini & Company, appellees, v. International Brokerage Company, appellant. Gen. No. 25,935.

Action to recover the purchase price of a carload of grapes never delivered. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920.

Guy M. Walker, for appellant. H. G. Colson, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Kirtland Engel Company, appellee, v. Collins & Company, appellant. Gen. No. 25,650.

Action to recover balance due on a contract for advertising. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed June 28, 1920. Rehearing denied and opinion modified July 12, 1920.

Morrill & Shannon, for appellant; Nahum Morrill, of counsel. James J. Barbour and Edward H. S. Martin, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Charles E. Schick and Ottilie L. Schick, appellees, v. J. S. Rodman, appellant. Gen. No. 25,741.

Action of forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed June 28, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Josiah Burnham and Jacob Levy, for appellant. Northup, Fairbank & Klein, for appellees.

Mr. Justice Dever delivered the opinion of the court.

---

Ole Sannem, plaintiff in error, v. Hugh McNeil, defendant in error. Gen. No. 25,786.

Action for injuries to person struck by automobile operated on wrong side of street. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Charles M. Thomson, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Opinion filed June 28, 1920.

Fred C. Smith, S. P. Douthart and H. E. Wynekoop, for plaintiff in error. Fred H. Atwood, Charles O. Loucks and Vernon R. Loucks, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.